IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ADAM SCOTT PEPPERS**                                              **PLAINTIFF**

**V.**                           **NO: 5:08CV00314 JMM-BD**

**LARRY NORRIS, et. al.**                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The ADC Defendant's Motion for Summary Judgment (docket entry # 20) is GRANTED. Plaintiff's claims against Defendants Norris, Kelley, and Langhammer are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 30th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE