# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ADAM SCOTT PEPPERS, ADC # 115580**                                    **PLAINTIFF**

V.                         NO. 5:08CV00314-JMM-BD

**LARRY NORRIS, *et al.***                                              **DEFENDANTS**

## ORDER

Summonses issued to Defendants Patricia Kelly and J. Johns in care of Correctional Medical Services ("CMS") have been returned as unexecuted (docket entries # 26, 32). Counsel for CMS is directed to file under seal within ten days from the entry of this Order the last-known addresses of Defendants Kelly and Johns so that service of process can be effected upon them.

IT IS SO ORDERED this 1st day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE