# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ADAM SCOTT PEPPERS**  **PLAINTIFF**
**ADC # 115580**

**VS.**          **CASE NO. 5:08CV00314-JMM-BD**

**LARRY NORRIS, et al.**         **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  There have been no objections filed.

After careful review of the Partial Recommended Disposition and a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant Lytle's motion to dismiss (#59) is GRANTED.  All claims against Defendant Lytle are dismissed without prejudice.

IT IS SO ORDERED, this 25th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE