# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ADAM SCOTT PEPPERS**  **PLAINTIFF**
**ADC # 115580**

VS.                    CASE NO. 5:08CV00314-JMM-BD

**LARRY NORRIS, et al.**                    **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Delois Collins, Janice Joyner, and Patricia Kelly are hereby dismissed without prejudice.

IT IS SO ORDERED, this 24th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE