IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ADAM SCOTT PEPPERS**                                              **PLAINTIFF**
**ADC # 115580**

**VS.**            **CASE NO. 5:08CV00314-JMM-BD**

**LARRY NORRIS, et al.**                                       **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant Hubbard's motion for summary judgment (#91) is GRANTED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 13th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE