# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ADAM SCOTT PEPPERS**                                                                        **PLAINTIFF**
**ADC # 115580**

**VS.**                    **CASE NO. 5:08CV00314-JMM-BD**

**LARRY NORRIS, et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 13th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE